

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00635-CV

**STATE OF TEXAS** on behalf of the Criminal District Attorney for Bexar County, Jonathan Watkins, and Thomas Velez, all in their official capacities,
Appellants

v.

Stephen F. **BROWN**, Jr,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05810
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

We grant appellants' motion to abate this appeal. The appellate deadlines are suspended until further order of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court